UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 23-9698-MWF(BFMx)**  Date:  August 13, 2024

Title  **Lin Hui Chen v. Bank of America, N.A.**

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 18, 2024, the parties filed a Joint Stipulation Re: Filing of Second Amended Complaint and Proposed Responsive Pleading Deadline, the Court approved the request and filed an Order the same day.  (Docket Nos. 23 and 24).  Pursuant to the Order, the Second Amended Complaint (the "SAC") was due no later than April 28, 2024, and Defendant Bank of America, N.A.'s response to the SAC was due 30 days after the SAC was filed.  On April 29, 2024, Plaintiff filed the SAC.  (Docket No. 25).  Defendant Bank of America, N.A. has not filed its response to the SAC.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 26, 2024**.

■ By Defendant:  Response to the SAC.

   OR

■ By Plaintiff:  Application to the Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 23-9698-MWF(BFMx)**                                          Date: August 13, 2024

Title            **Lin Hui Chen v. Bank of America, N.A.**

respond to the Order to Show Cause by **AUGUST 26, 2024,** will result in the dismissal of this action.

IT IS SO ORDERED.